IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERNEST TYMS                                                                                    PLAINTIFF

VERSUS                                                    CIVIL ACTION NO.  5:07cv44DCB-MTP

ERIC KAHO, KARL PREE, and ART THOMAS                                   DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the   10th   day of December, 2007.


            s/David Bramlette
            UNITED STATES DISTRICT JUDGE